Wilbur Van Fleet, Plaintiff, v. New Era Construction Company, Defendant.—Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Joseph M. Zellner and Another, Respondents, v. David Goldfeder and Another, Appellants,— Motion granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

---

FIRST DEPARTMENT, OCTOBER, 1908.

MARY WILLIAMSON, Respondent, v. NEW YORK EDISON COMPANY, Appellant, Impleaded with Another.

Appeal by the defendant, the New York Edison Company, from an order of the Supreme Court, entered in the office of the clerk of the county of New York on the 13th day of August, 1908, denying a motion to dismiss the complaint for want of prosecution.

PER CURIAM: The defendants show the necessary facts to establish unreasonable delay in the prosecution of the action, and the plaintiff shows no excuse whatever, not even filing an affidavit. Under the circumstances the motion should have been granted. The order should be reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Present — Patterson, P. J., Ingraham, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

In the Matter of the Judicial Settlement of the Account of Katharine T. Martin and Alrick H. Man, as Executors, etc., of Mary J. Martin, Deceased, Respondents. Caroline M. Robinson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bazena T. Downes, Respondent, v. Carolina Wenninger and John P. Wenninger, Appellants, Impleaded with Charles A. Ross and Others.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Starling W. Childs, Respondent, v. Thomas F. Howden, Doing Business under the Firm Name and Style of Howden Tile Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

St. John Wood and Others, Composing the Firm of J. R. Wood & Sons, Respondents, v. John C. Proudman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Allen S. Olmsted, Respondent, v. F. W. Woolworth & Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Fischer, Respondent, v. Home Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Butterick Publishing Company, Limited, Respondent, v. Theodore J. Chabot, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Ingraham and Scott, JJ., dissenting.

Bertha Borchert, as Administratrix, etc., of Fred Borchert, Otherwise Known as Fritz Borchert, or Frederick Borchert, Deceased, Respondent, v. Manhattan